# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00448-CV

**Greg Fullmer and Melanie A. Rocha, Appellants**

**v.**

**360 Mortgage Group, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001116, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed individual motions to dismiss their appeals, explaining that they and appellee have settled their dispute. We grant both motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellants' Motions

Filed:   June 26, 2014